UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20338-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DERRICK MORLEY,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR CONTINUANCE

THIS CAUSE having come on to be heard upon Defendant Motion for Continuance and the Court having heard argument of counsel or being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

6. Defendant's Motion for Continuance is **GRANTED**.

7. The Sentencing in the above-styled case is re-scheduled for 24th day of July 2008 at 8:30 a.m.

**DONE AND ORDERED** in Open Court in Broward County, Florida on this 14th day of July, 2008.

        _____
        PATRICIA A. SEITZ
        U.S. District Court Judge

cc: Larry R. Handfield, Esq.
     Robin Waugh-Farretta, Esq., AUSA

3